UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERT MACIEL PEREIRA,<br><br>            Petitioner,<br><br>        v.<br><br>WARDEN,<br><br>            Respondent. | Case No.  1:26-cv-1480-DJC-JDP<br><br><br>ORDER |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  Respondent filed an answer to the petition on March 18, 2026.  ECF No. 10.  Still pending is petitioner's a motion for appointed counsel.  ECF No. 3.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to appoint counsel, ECF No. 3, is GRANTED.

2. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the Federal Defender, Attention: Habeas Appointment.

3. Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner. If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

4. With seven days of petitioner's counsel appearing, counsel shall file a traverse.

IT IS SO ORDERED.

Dated:    April 2, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2